**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: CONDEMNATION BY NEWTOWN TOWNSHIP DELAWARE COUNTY, MUNICIPAL AUTHORITY, OF A PERMANENT EASEMENT ACROSS THE PROPERTY LOCATED AT 4700 W. CHESTER PIKE, NEWTOWN TOWNSHIP, DELAWARE COUNTY, PA  FOLIO NUMBER: 30-00-02906-01 TAX MAP NUMBER: 30-34-001-00  DOROTHY RAFFERTY, CONDEMNEE  NEWTOWN TOWNSHIP, DELAWARE COUNTY, MUNICIPAL AUTHORITY, CONDEMNOR | : : : : : : : : : : : : : : : : | No. 123 MAL 2023 Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: DOROTHY RAFFERTY | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of August, 2023, the Petition for Allowance of Appeal is

**DENIED**.